

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00154-CV

| | | |
|---|---|---|
| Elma Thomas | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2015-00793) |
| v. | § | January 14, 2015 |
| Peters Colony | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismiss for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM